BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-08-70766 BZ |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING DETENTION HEARING |
| PARKER KAWEHE HO, | |
| Defendant. | Honorable Bernard Zimmerman |

1   On November 7, 2008, Defendant Parker Ho made his initial appearance in federal court on a
2 complaint in the above-captioned matter. Undersigned counsel from the Federal Public Defender
3 was appointed to represent him, and a detention hearing was set for Wednesday, November 12,
4 2008, at 9:30 a.m. However, undersigned counsel for Mr. Ho has discovered that he will not be
5 available to appear in court that morning. Accordingly, the parties stipulate and jointly request that
6 the detention hearing be continued to Thursday, November 13, 2008 at 9:30 a.m.
7 IT IS SO STIPULATED.

8                                JOSEPH RUSSONIELLO
                                  United States Attorney
9

10 DATED:                                   _____
                                DENISE BARTON
11                                 Assistant United States Attorney

12

13 DATED:    11/07/08                       _____/S/_____
                                DANIEL P. BLANK
14                                 Assistant Federal Public Defender
                                Attorney for Parker Ho
15

16 IT IS SO ORDERED.

17 DATED:   November 7, 2008            _____
                                BERNARD ZIMMERMAN
18                                 United States Magistrate Judge

19
20
21
22
23
24
25
26

STIP. & PROP. ORDER                                1