1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant HO

FILED

NOV 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PARKER KAWEHE HO,

        Defendant.

No. CR 3-08-70766 BZ

STIPULATION AND [PROPOSED] ORDER CONTINUING DETENTION HEARING

Honorable Bernard Zimmerman

1  On November 7, 2008, Defendant Parker Ho made his initial appearance in federal court on a
2  complaint in the above-captioned matter. Undersigned counsel from the Federal Public Defender
3  was appointed to represent him, and a detention hearing was set for Wednesday, November 12, 2008,
4  at 9:30 a.m. However, undersigned counsel for Mr. Ho has discovered that he will not be available
5  to appear in court that morning. Accordingly, the parties stipulate and jointly request that the
6  detention hearing be continued to Thursday, November 13, 2008 at 9:30 a.m.
7  IT IS SO STIPULATED.

JOSEPH RUSSONIELLO
United States Attorney

DATED:

_____
DENISE BARTON
Assistant United States Attorney

DATED:   11/07/08

/S/
_____
DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Parker Ho

IT IS SO ORDERED.
DATED: 7 Nov 08

_____
BERNARD ZIMMERMAN
United States Magistrate Judge

STIP. & PROP. ORDER                                1