| | |
|---|---|
| 1 | BARRY J. PORTMAN<br>Federal Public Defender |
| 2 | DANIEL P. BLANK<br>Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for Defendant HO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 08-0848 WHA |
| v. | ) | STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>HEARING |
| PARKER KAWEHE HO, | ) | |
| Defendant. | ) | Honorable William H. Alsup |

1   Sentencing for Parker Ho, the defendant in the above-captioned case, is currently set for March
2   24, 2009. However, due to the need of undersigned counsel for two extra days to consult with Mr.
3   Ho regarding the Draft Presentence Report, as well as the subsequent unavailability of the U.S.
4   Probation Officer for during the first two weeks of March, a continuance in the sentencing date is
5   required. Accordingly, with the concurrence of U.S. Probation Office Joshua Sparks, the parties
6   stipulate and jointly request that the sentencing date be continued to April 21, 2009, at 2:00 p.m.
7   IT IS SO STIPULATED.

8                                           JOSEPH RUSSONIELLO
                                            United States Attorney
9

10  DATED:   2/26/2009            _____/s/_____
                                            DENISE MARIE BARTON
11                                          Assistant United States Attorney

12

13  DATED:   2/26/2009            _____/s/_____
                                            DANIEL P. BLANK
14                                          Assistant Federal Public Defender
                                            Attorney for Parker Ho
15

16  IT IS SO ORDERED.

17  DATED: March 3, 2009          _____
                                            WILLIAM H. ALSUP
18                                          United States District Judge

19

20

21

22

23

24

25

26

STIP. & PROP. ORDER                        1